**Order filed August 30, 2022**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-22-00564-CV**
_____

**RAMESH KAPUR, Appellant**

**V.**

**NANIK BHAGIA, Appellee**

---

**On Appeal from the 215th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-12994**

---

## O R D E R

The notice of appeal in this case was filed July 29, 2022. To date, the filing fee of $205.00 has not been paid. No evidence that appellant is excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. _See_ Tex. R. App. P. 5.

Accordingly, appellant is ordered to pay the filing fee in the amount of $205.00 to the clerk of this court within ten (10) days of the date of this order. If appellant fails to do so, the appeal is subject to dismissal without further notice for want of prosecution. _See_ Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Wise and Hassan.